order denying leave to proceed *in forma pauperis* [*ante*, p. 812] denied.

No. 11–6147. DADE *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 938] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 11–6439. EBY *v.* ARIZONA. Ct. App. Ariz.;
No. 11–6460. WASHINGTON ET VIR *v.* LOUISIANA ET AL. C. A. 5th Cir.;
No. 11–6587. DAY *v.* MINNESOTA ET AL. Ct. App. Minn.;
No. 11–6711. PAPADIMITRIOU *v.* PAPADIMITRIOU. Ct. Sp. App. Md.;
No. 11–6898. LEVENTHAL *v.* SCHAFFER ET AL. C. A. 8th Cir.; and
No. 11–7000. WINDSOR *v.* UNITED STATES ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 19, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–7130. IN RE KISSANE; and
No. 11–7134. IN RE PERRY. Petitions for writs of habeas corpus denied.

No. 11–6461. IN RE DIGIANNI. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 11–6629. IN RE WEBB; and
No. 11–7086. IN RE EVANS. Petitions for writs of mandamus denied.

No. 11–383. IN RE SIGG;
No. 11–6957. IN RE KING; and
No. 11–7108. IN RE STEELE. Petitions for writs of mandamus and/or prohibition denied.